## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**ROGER LEE MINNIFIELD**                                                                        **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:07CV-P207-S**

**LARRY CHANDLER** *et al.*                                                   **DEFENDANTS**

### ORDER

By separate Memorandum Opinion entered this date, the Court concluded that Plaintiff has abandoned any interest in prosecuting this action.

**IT IS THEREFORE ORDERED** that Defendants' motion to dismiss the claims against them pursuant to Fed. R. Civ. P. 41(b) (DN 16) is **GRANTED**.

As all claims have been dismissed, **IT IS ORDERED** that the entire action is **DISMISSED**.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
          Counsel of Record
4411.005